UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRISTAR FINANCE, INC., <br><br> Plaintiff, <br><br> v. <br><br> ALLIED COMMERCIAL PARTNERS, INC., and DAIRLD WURTZ, <br><br> Defendants. | CASE NO. C10-1766RSL <br><br> **ORDER** |

THIS MATTER comes before the Court on "Plaintiff's Motion for Renewal of Judgment." Dkt. # 23. It is unclear whether the motion was served on defendants. The Certificate of Service states that plaintiff relied on the Court's CM/ECF system for service on "the following listed parties," a list which includes the defendants. They have not, however, registered for electronic filing or service. Assuming that the motion was mailed to defendants at the addresses provide, it is unclear what steps plaintiff took to locate either defendant or otherwise confirm those addresses. A search of the business records kept by the Idaho Secretary of State suggests that defendant Allied Commercial Partners, Inc., dissolved in December 2012 and has no agent. A brief search of the

Order - 1

internet reveals an email address for Mr. Wurtz, however, who is apparently working in Nampa, Idaho.

Plaintiff shall, within seven days of the date of this Order, provide a declaration or other evidence regarding its efforts to locate and serve the defendants. The Clerk of Court is directed to email a copy of plaintiff's motion for renewal of judgment to Mr. Wurtz at dairld@allegiantpowdercoating.com and to renote the motion for consideration on the Court's calendar on Friday, March 25, 2022. Mr. Wurtz shall have until Monday, March 21, 2022, to respond to the motion for renewal of judgment.

Dated this 1st day of March, 2022.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

Order - 2