UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRISTAR FINANCE, INC., <br><br> Plaintiff, <br><br> v. <br><br> ALLIED COMMERCIAL PARTNERS, INC., and DAIRLD WURTZ, <br><br> Defendants. | Cause No. C10-1766RSL <br><br> ORDER GRANTING PLAINTIFF'S MOTION FOR RENEWAL OF JUDGMENT |

This matter comes before the Court on "Plaintiff's Motion for Renewal of Judgment." Dkt. # 23. The motion is unopposed. Having considered the supplemental declarations provided by plaintiff and the lack of opposition, the motion is GRANTED. The judgment entered on April 16, 2012, against defendants Allied Commercial Partners, Inc., and Dairld Wurtz is hereby renewed and extended for an additional ten-year period for all purposes.

Dated this 25th day of March, 2022.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING PLAINTIFF'S MOTION
FOR RENEWAL OF JUDGMENT - 1